# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

William McKinzie
                    Plaintiff,

v.                                       Case No.: 3:24−cv−50363
                                                              Honorable Iain D. Johnston

Latoya Hughes
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 2, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the stipulation to dismiss [28], this case is dismissed with prejudice with each side to bear its own costs and fees. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.